**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR75 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LUIS AVELAR, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [26].  Good cause has been shown for a continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [26] is granted as follows:

1. The jury trial, now set for September 17, 2024, is continued to **October 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**[1]

**DATED: September 4, 2024.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**

---

[1] Defendant states that he will not proceed to trial.  Counsel are advised that the plea paperwork should be expeditiously completed and forwarded to the chambers of the undersigned magistrate judge with a request for the scheduling of a change of plea hearing.  Should additional time be required, the parties shall request a status conference.